PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Eric Matthew Iannaccone      Cr.: 20-00927-001
     PACTS #: 3738213

Name of Sentencing Judicial Officer:    THE HONORABLE NANCY J. ROSENTENGEL
     CHIEF UNITED STATES DISTRICT JUDGE (SD/IL)

Name of Sentencing Judicial Officer:    THE HONORABLE MICHAEL A. SHIPP
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/23/2019

Original Offense:    Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349 and 18 U.S.C. § 2326 (SCAMS Act)

Original Sentence: 12 months and 1 day imprisonment, 2 years supervised release

Special Conditions: $100 - Special Assessment, $1,697,235.48 – Restitution, Alcohol/Drug Testing and Treatment, Financial Disclosure, Apply Some or All Monies Received to Any Outstanding Court-Ordered Financial Obligation, Pay Financial Penalties Imposed, and Employment Requirements/Restrictions

Type of Supervision: Supervised Release      Date Supervision Commenced: 10/16/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy financial obligations |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Iannaccone has paid $4,513.04 towards his restitution. The individual under supervision's term of supervision is due to expire on October 15, 2022, with an outstanding restitution balance of $1,692,722.44. He has complied with all other standard and special conditions. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Eric Matthew Iannaccone

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Elisa Martinez*

By: ELISA MARTINEZ
Supervising U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*          10/11/2022
BRENDAN G. MURILLO            Date
U.S. Probation Technician

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] Allow Supervision to Expire as Scheduled on October 15, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

10/14/22
_____
Date